**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jose Daniel Gonzalez Eusebio
                               Plaintiff,

v.                                                     Case No.: 1:25−cv−12875
                                                            Honorable Lindsay C. Jenkins

Samuel Olson
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 27, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Respondent's substantive response to the habeas petition due on October 29, 2025, see docket entry [5], should address Petitioner's allegation that he was lawfully admitted into the United States pursuant to humanitarian parole issued by defendants. [Dkt. 1 at 2.] If this court's prior holding in Ochoa Ochoa v. Noem, 2025 WL 2938779, at *1 (N.D. Ill. Oct. 16, 2025) rejecting the application of mandatory detention under 8 U.S.C. 1225 is applied to this case, is there any legal authority to support Petitioner's present detention or would he be entitled to immediate release from custody and returned to his parole status in the community? If Petitioner wishes to file a reply, he may do so by November 3, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.