Jose Daniel Gonzalez Eusebio
                      Plaintiff,

v.                                                     Case No.: 1:25–cv–12875
                                                          Honorable Lindsay C. Jenkins

Samuel Olson
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

     MINUTE entry before the Honorable Lindsay C. Jenkins: The court has considered the government's arguments in response to the petition and concludes that further briefing is not necessary. Petitioner Gonzalez Eusebio's Petition for Writ of Habeas Corpus is granted to the extent he seeks relief under 8 U.S.C. § 1226. His detention without an individualized custody determination violates the INA and the Due Process Clause of the Fifth Amendment for the reasons explained in Ochoa Ochoa v. Noem, 2025 WL 2938779, at *1 (N.D. Ill. Oct. 16, 2025). Within seven days of this order, Respondents must either: (1) provide Gonzalez Eusebio with a bond hearing before an IJ, at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Gonzalez Eusebio's continued detention; or (2) release Gonzalez Eusebio from custody, under reasonable conditions of supervision. The parties are to file a joint status report by November 11, 2025, that updates the court on the status of Gonzalez Eusebio's release status, including whether and when a bond hearing was held, and inform the court, in detail, the reasons for the IJ's decision. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.