# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jose Daniel Gonzalez Eusebio,

Plaintiff(s),

v.

Olson et al,

Defendant(s).

Case No. 25 C 13850
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Petitioner Jose Daniel Gonzalez Eusebio and against Respondents Olson et al. Civil case closed.

This action was *(check one)*:

☐ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins.

Date: 11/13/2025

Thomas G. Bruton, Clerk of Court

Jackie Deanes, Deputy Clerk